# EXHIBIT A

**Summary of Nichols Kaster's Billable Time**

| Professional | Position | Hourly Rate | Billable Hours | Total Fees |
|---|---|---|---|---|
| AMG | Class action Clerk | $175.00 | 8.8 | $1,540.00 |
| EGF | Legal Assistant | $175.00 | 12.9 | $2,275.00 |
| GTA | Associate | $375.00 | 58.5 | $21,937.50 |
| PJL | Partner | $550.00 | 3.2 | $1,760.00 |
| TCS | Associate | $325.00 | 43.8 | $14,235.00 |
| WRH | Litigation Support | $175.00 | 3.5 | $612.50 |
| | | **TOTAL** | **130.7** | **$42,360.00** |

| Date | Professional | Position | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/2013 | TCS | Associate | Draft Complaint | 1.4 | $325 | $455.00 |
| 2/21/2013 | TCS | Associate | take call with clients, take call with cocounsel, explain status of case; edit complaint and email to client | 2.5 | $325 | $812.50 |
| 2/25/2013 | PJL | Partner | Conference with TCS in regards to filing call center case. | 0.3 | $550 | $165.00 |
| 3/4/2013 | TCS | Associate | email cocounsel regarding cocounsel arrangement | 0.1 | $325 | $32.50 |
| 3/4/2013 | TCS | Associate | edit complaint, draft summons, lsa, civil cover sheet, local counsel engagement letter | 1.5 | $325 | $487.50 |
| 3/5/2013 | TCS | Associate | Correspond with local counsel regarding filing. | 0.2 | $325 | $65.00 |
| 3/5/2013 | TCS | Associate | Email clerk regarding need for legal services agreement from client. | 0.1 | $325 | $32.50 |
| 3/6/2013 | TCS | Associate | review and respond to email from local counsel regarding filing | 0.1 | $325 | $32.50 |
| 3/7/2013 | EGF | Legal Assistant | Review local rules in preparation for filing documents. | 2.3 | $175 | $402.50 |
| 3/11/2013 | TCS | Associate | Correspond with client regarding status of case. | 0.1 | $325 | $32.50 |
| 3/12/2013 | TCS | Associate | Correspond with client regarding status of case. | 0.1 | $325 | $32.50 |
| 3/18/2013 | TCS | Associate | Correspond with local counsel regarding complaint and other initiating documents. | 0.1 | $325 | $32.50 |
| 3/18/2013 | AMG | Class Action Clerk | Discuss case status with TCS. | 0.1 | $175 | $17.50 |
| 3/18/2013 | TCS | Associate | Meeting with clerk and assistant regarding status of case. | 0.1 | $325 | $32.50 |
| 3/18/2013 | EGF | Legal Assistant | Attend weekly meeting with TCS and AMG. | 0.1 | $175 | $17.50 |
| 3/21/2013 | TCS | Associate | Correspond with co-counsel regarding filing of complaint. | 0.1 | $325 | $32.50 |
| 3/22/2013 | TCS | Associate | Review court filed complaint and other initiating documents and email to opposing counsel. | 0.2 | $325 | $65.00 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/25/2013 | EGF | Legal Assistant | Draft motions for pro hac vice admission for TCS. | 1 | $175 | $175.00 |
| 3/25/2013 | AMG | Class Action Clerk | Draft web page. | 0.2 | $175 | $35.00 |
| 3/25/2013 | EGF | Legal Assistant | Draft motion for conditional certification. | 0.7 | $175 | $122.50 |
| 3/25/2013 | AMG | Class Action Clerk | Create tech ticket for Access database. | 0.1 | $175 | $17.50 |
| 3/25/2013 | AMG | Class Action Clerk | Draft conditional certification declaration template for TCS to review. | 0.5 | $175 | $87.50 |
| 3/25/2013 | AMG | Class Action Clerk | Draft update letter for TCS review. | 0.3 | $175 | $52.50 |
| 3/28/2013 | TCS | Associate | Correspond with opposing counsel regarding service of complaint. | 0.1 | $325 | $32.50 |
| 3/28/2013 | EGF | Legal Assistant | Prepare motion and application for Pro Hac Vice admission for TCS. Discussed same with Tim and emailed to local counsel to be filed. | 0.2 | $175 | $35.00 |
| 4/1/2013 | AMG | Class Action Clerk | Update Access database with clients from original case. | 0.1 | $175 | $17.50 |
| 4/2/2013 | TCS | Associate | Take call with client regarding status of case. | 0.2 | $325 | $65.00 |
| 4/3/2013 | TCS | Associate | Correspond with opposing counsel regarding service. | 0.1 | $325 | $32.50 |
| 4/3/2013 | EGF | Legal Assistant | Draft letter to opposing counsel regarding service of complaint, discuss same with TCS. | 0.3 | $175 | $52.50 |
| 4/3/2013 | TCS | Associate | Review and edit letter to opposing counsel regarding service of complaint. | 0.3 | $325 | $97.50 |
| 4/3/2013 | AMG | Class Action Clerk | Create tech ticket to post case webpage. | 0.1 | $175 | $17.50 |
| 4/3/2013 | AMG | Class Action Clerk | Send letters to clients re: new case filed via US Priority Mail. | 0.4 | $175 | $70.00 |
| 4/8/2013 | TCS | Associate | Meet with team regarding status of case and case strategy. | 0.1 | $325 | $32.50 |
| 4/8/2013 | EGF | Legal Assistant | Team meeting to discuss case status. | 0.2 | $175 | $35.00 |
| 4/9/2013 | WRH | Litigation Support | Client contact information searches | 1 | $175 | $175.00 |
| 4/9/2013 | AMG | Class Action Clerk | Discuss case with WRH. | 0.2 | $175 | $35.00 |
| 4/10/2013 | AMG | Class Action Clerk | Return call to client regarding case status. | 0.1 | $175 | $17.50 |
| 4/15/2013 | AMG | Class Action Clerk | Discuss case status with TCS. | 0.1 | $175 | $17.50 |
| 4/15/2013 | TCS | Associate | Meeting with team regarding case status. | 0.1 | $325 | $32.50 |
| 4/15/2013 | EGF | Legal Assistant | Attend weekly team meeting. | 0.1 | $175 | $35.00 |
| 4/19/2013 | WRH | Litigation Support | Client contact information searches | 1 | $175 | $175.00 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/6/2013 | GTA | Associate | Meet with PJL and TCS regarding case status and conditional certification strategy. | 0.1 | $375 | $37.50 |
| 5/6/2013 | TCS | Associate | Meet with PJL and GTA regarding case status and conditional certification strategy. | 0.1 | $325 | $32.50 |
| 5/6/2013 | AMG | Class Action Clerk | Discuss case with GTA. | 0.1 | $175 | $17.50 |
| 5/6/2013 | PJL | Partner | Conference with TCS and GTA regarding Case To Do. | 0.2 | $550 | $110.00 |
| 5/6/2013 | GTA | Associate | Review entire file and begin preparing conditional certification motion. | 2 | $375 | $750.00 |
| 5/7/2013 | AMG | Class Action Clerk | Discuss case status with TCS and GTA. | 0.1 | $175 | $17.50 |
| 5/7/2013 | AMG | Class Action Clerk | Edit/draft declaration for conditional certification. | 0.3 | $175 | $52.50 |
| 5/7/2013 | GTA | Associate | Review entire file and begin preparing conditional certification motion. | 2.4 | $375 | $900.00 |
| 5/8/2013 | TCS | Associate | Review and edit consent form. | 0.2 | $325 | $65.00 |
| 5/8/2013 | AMG | Class Action Clerk | Discuss revisions to plaintiff declarations with GTA. | 0.1 | $175 | $17.50 |
| 5/8/2013 | GTA | Associate | Draft conditional certification motion. | 2.3 | $375 | $862.50 |
| 5/8/2013 | GTA | Associate | Meet with AMG to discuss drafting declarations for conditional certification motion. | 0.2 | $375 | $75.00 |
| 5/8/2013 | GTA | Associate | Edit declarations for conditional certification motion. | 0.2 | $375 | $75.00 |
| 5/8/2013 | GTA | Associate | Draft conditional certification motion. | 2.3 | $375 | $862.50 |
| 5/8/2013 | AMG | Class Action Clerk | Edit/draft plaintiff declarations. | 0.4 | $175 | $70.00 |
| 5/8/2013 | AMG | Class Action Clerk | Review plaintiff declarations with GTA. | 0.2 | $175 | $35.00 |
| 5/8/2013 | AMG | Class Action Clerk | Draft/edit plaintiff consent form with TCS. | 0.1 | $175 | $17.50 |
| 5/9/2013 | AMG | Class Action Clerk | Copy interview notes from Ginter v. RBS Citizens to Robinson-Gibbs v. RBS Citizens. | 0.6 | $175 | $105.00 |
| 5/9/2013 | AMG | Class Action Clerk | Discuss declarations with GTA. | 0.1 | $175 | $17.50 |
| 5/13/2013 | EGF | Legal Assistant | Team meeting regarding case status and conditional certification. | 0.1 | $175 | $17.50 |
| 5/13/2013 | AMG | Class Action Clerk | Meet with TCS and GTA to discuss case status. | 0.1 | $175 | $17.50 |
| 5/13/2013 | AMG | Class Action Clerk | Mine Prolaw for exhibit and send to GTA for review. | 0.2 | $175 | $35.00 |

| Date | Initials | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/13/2013 | TCS | Associate | Meeting with GTA, clerk, and assistant regarding motion for conditional certification and status of case. | 0.1 | $325 | $32.50 |
| 5/17/2013 | TCS | Associate | Correspond with local counsel regarding Rule 16 conference. | 0.1 | $325 | $32.50 |
| 5/22/2013 | TCS | Associate | Contact opposing counsel regarding meet and confer for Rule 16. | 0.1 | $325 | $32.50 |
| 5/22/2013 | GTA | Associate | Draft conditional certification motion and declarations. | 4.8 | $375 | $1,800.00 |
| 5/23/2013 | EGF | Legal Assistant | Call Clerk of Court regarding status conference. | 0.1 | $175 | $17.50 |
| 5/23/2013 | TCS | Associate | Take call with opposing counsel regarding discovery and status of case. | 0.2 | $325 | $65.00 |
| 5/23/2013 | AMG | Class Action Clerk | Read email from TCS to GTA regarding plan for collecting declarations from clients. | 0.1 | $175 | $17.50 |
| 5/24/2013 | TCS | Associate | Draft Rule 16 statement. | 0.8 | $325 | $260.00 |
| 5/24/2013 | EGF | Legal Assistant | Review and revise Rule 16 Statement. | 0.2 | $175 | $35.00 |
| 5/24/2013 | EGF | Legal Assistant | Meeting with Tim to discuss Rule 16 Statement | 0.2 | $175 | $35.00 |
| 5/24/2013 | EGF | Legal Assistant | Email Rule 16 Statement to local counsel for review. | 0.2 | $175 | $35.00 |
| 5/24/2013 | EGF | Legal Assistant | File Rule 16 Statement with Court via CM/ECF. | 0.2 | $175 | $35.00 |
| 5/24/2013 | GTA | Associate | Draft conditional certification motion and declarations. | 6 | $375 | $2,250.00 |
| 5/27/2013 | GTA | Associate | Review client files for interview preparation. | 4 | $375 | $1,500.00 |
| 5/28/2013 | TCS | Associate | Review correspondence from PJL and co-counsel regarding mediation; draft email to opposing counsel regarding mediation. | 0.3 | $325 | $97.50 |
| 5/28/2013 | EGF | Legal Assistant | Review Defendant's Rule 16 Statement. | 0.1 | $175 | $17.50 |
| 5/28/2013 | TCS | Associate | Take call with opposing counsel regarding mediation. | 0.3 | $325 | $97.50 |
| 5/28/2013 | GTA | Associate | Interview clients and draft declarations. | 5.3 | $375 | $1,987.50 |
| 5/29/2013 | AMG | Class Action Clerk | Add potentials to Access database from email received by client. | 0.1 | $175 | $17.50 |
| 5/29/2013 | GTA | Associate | Interview clients and draft declarations. | 3 | $375 | $1,125.00 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/2013 | WRH | Litigation Support | Client contact information searches | 1.5 | $175 | $262.50 |
| 5/30/2013 | TCS | Associate | Prepare for and participate in status conference with Court. | 0.5 | $325 | $162.50 |
| 5/30/2013 | TCS | Associate | Review order on status conference; email co-counsel with update on case. | 0.1 | $325 | $32.50 |
| 5/30/2013 | TCS | Associate | Meeting with GTA regarding conditional certification. | 0.3 | $325 | $97.50 |
| 5/30/2013 | GTA | Associate | Interview clients and draft declarations. | 4.8 | $375 | $1,800.00 |
| 5/31/2013 | PJL | Partner | Conference with TCS regarding settlement status. | 0.2 | $550 | $110.00 |
| 5/31/2013 | TCS | Associate | Discuss status of case and settlement issues with PJL. | 0.1 | $325 | $32.50 |
| 6/3/2013 | AMG | Class Action Clerk | Meeting with TCS and GTA to discuss case status. | 0.1 | $175 | $17.50 |
| 6/3/2013 | EGF | Legal Assistant | Weekly team meeting to discuss status of case. | 0.1 | $175 | $17.50 |
| 6/3/2013 | GTA | Associate | Email client regarding two additional potentials who want to opt-in. | 0.1 | $375 | $37.50 |
| 6/3/2013 | GTA | Associate | Draft mediation letter update for clients. | 1.3 | $375 | $487.50 |
| 6/3/2013 | GTA | Associate | Draft declaration for client. | 2.5 | $375 | $937.50 |
| 6/4/2013 | GTA | Associate | Draft client declaration. | 0.6 | $375 | $225.00 |
| 6/4/2013 | GTA | Associate | Draft conditional certification motion. | 2.8 | $375 | $1,050.00 |
| 6/5/2013 | GTA | Associate | Draft conditional certification motion. | 3 | $375 | $1,125.00 |
| 6/6/2013 | TCS | Associate | Correspond with opposing counsel regarding status of stipulation to toll and payroll data. | 0.1 | $325 | $32.50 |
| 6/6/2013 | GTA | Associate | Draft conditional certification motion. | 5.5 | $375 | $2,062.50 |
| 6/7/2013 | TCS | Associate | Review tolling agreement from opposing counsel; email co-counsel with thoughts on the same. | 0.3 | $325 | $97.50 |
| 6/7/2013 | TCS | Associate | Discuss tolling agreement with PJL. | 0.1 | $325 | $32.50 |
| 6/7/2013 | GTA | Associate | Draft conditional certification motion. | 2.9 | $375 | $1,087.50 |
| 6/10/2013 | GTA | Associate | Draft conditional certification motion. | 1.5 | $375 | $562.50 |
| 6/10/2013 | TCS | Associate | Review and edit tolling agreement; email to opposing counsel. | 0.6 | $325 | $195.00 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/12/2013 | PJL | Partner | Review and revise motion for conditional certification. | 0.5 | $550 | $275.00 |
| 6/12/2013 | TCS | Associate | Meeting with PJL to discuss status of case and strategy. | 0.1 | $325 | $32.50 |
| 6/13/2013 | GTA | Associate | Review PJL comments to conditional certification motion. | 0.2 | $375 | $75.00 |
| 6/13/2013 | PJL | Partner | Review and revise conditional certification memorandum. | 2 | $550 | $1,100.00 |
| 6/14/2013 | GTA | Associate | Review TCS comments to conditional certification motion. | 0.3 | $375 | $112.50 |
| 6/14/2013 | TCS | Associate | Email opposing counsel regarding tolling agreement. | 0.1 | $325 | $32.50 |
| 6/14/2013 | TCS | Associate | Review and edit draft of conditional certification motion. | 0.6 | $325 | $195.00 |
| 6/20/2013 | TCS | Associate | Correspond with opposing counsel regarding edits to tolling agreement. | 0.2 | $325 | $65.00 |
| 6/20/2013 | GTA | Associate | Draft letter to update clients regarding mediation. | 0.4 | $375 | $150.00 |
| 6/21/2013 | TCS | Associate | Discuss mediation with PJL and correspond with opposing counsel regarding dates for mediation. | 0.2 | $325 | $65.00 |
| 6/21/2013 | AMG | Class Action Clerk | Send update letter regarding mediation to clients. | 0.2 | $175 | $35.00 |
| 7/3/2013 | TCS | Associate | Review email with payroll data from opposing counsel, forward to clerk with instructions for damage calculations. | 0.1 | $325 | $32.50 |
| 7/11/2013 | TCS | Associate | Correspondence with co-counsel and opposing counsel regarding mediation logistics. | 0.4 | $325 | $130.00 |
| 7/12/2013 | TCS | Associate | Review damage calculations and discuss with clerk. | 0.3 | $325 | $97.50 |
| 7/12/2013 | TCS | Associate | Review damage calculations, email team with summary of damages and expectations for settlement. | 1.5 | $325 | $487.50 |
| 7/15/2013 | TCS | Associate | Travel to New York for mediation. | 5 | $325 | $1,625.00 |

| Date | Initials | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/15/2013 | TCS | Associate | Participate in mediation. | 3 | $325 | $975.00 |
| 7/15/2013 | TCS | Associate | Travel to Minneapolis from mediation. | 5 | $325 | $1,625.00 |
| 7/16/2013 | TCS | Associate | Email team update on mediation. | 0.2 | $325 | $65.00 |
| 7/22/2013 | TCS | Associate | Correspond with co-counsel regarding draft of amended complaint; edit the same and send back to co-counsel for review. | 0.4 | $325 | $130.00 |
| 7/22/2013 | TCS | Associate | Email local counsel to review amended complaint. | 0.1 | $325 | $32.50 |
| 7/23/2013 | TCS | Associate | Correspond with co-counsel regarding amended complaint. | 0.1 | $325 | $32.50 |
| 7/23/2013 | EGF | Legal Assistant | Meeting with RBS litigation team. | 0.2 | $175 | $35.00 |
| 7/23/2013 | TCS | Associate | Edit amended complaint; forward to opposing and co-counsel for review. | 0.1 | $325 | $32.50 |
| 7/23/2013 | EGF | Legal Assistant | Review amended complaint and file with Court via CM/ECF. | 0.9 | $175 | $157.50 |
| 7/23/2013 | AMG | Class Action Clerk | Meeting with TCS, GTA and EGF to discuss case status. | 0.1 | $175 | $17.50 |
| 7/23/2013 | TCS | Associate | team meeting to discuss status of case | 0.2 | $325 | $65.00 |
| 7/26/2013 | TCS | Associate | Review and respond to email regarding website update. | 0.1 | $325 | $32.50 |
| 7/26/2013 | AMG | Class Action Clerk | Discuss web update with TCS via email. | 0.1 | $175 | $17.50 |
| 7/26/2013 | AMG | Class Action Clerk | Submit finalized web update to tech team for posting. | 0.1 | $175 | $17.50 |
| 8/2/2013 | EGF | Legal Assistant | Talk with potential client about joining case. | 0.3 | $175 | $52.50 |
| 8/5/2013 | TCS | Associate | Correspond with clerk regarding potential opt-in. | 0.1 | $325 | $32.50 |
| 8/5/2013 | AMG | Class Action Clerk | Email follow up with TCS regarding potential interest in joining case. | 0.1 | $175 | $17.50 |
| 8/6/2013 | AMG | Class Action Clerk | Return call to potential regarding participation in lawsuit. | 0.1 | $175 | $17.50 |
| 8/6/2013 | AMG | Class Action Clerk | Update potential contact notes with correspondence. | 0.1 | $175 | $17.50 |
| 8/19/2013 | EGF | Legal Assistant | Phone call with potential client regarding joining case. | 0.3 | $175 | $52.50 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/26/2013 | TCS | Associate | Meeting with assistant regarding status of case. | 0.1 | $325 | $32.50 |
| 8/26/2013 | EGF | Legal Assistant | Meet with Tim regarding status of case. | 0.1 | $175 | $17.50 |
| 9/9/2013 | AMG | Class Action Clerk | Call client to discuss case status. | 0.1 | $175 | $17.50 |
| 9/12/2013 | AMG | Class Action Clerk | Respond to emails from clients regarding case status. | 0.2 | $175 | $35.00 |
| 9/19/2013 | TCS | Associate | Email opposing counsel regarding Rule 16 conference. | 0.1 | $325 | $32.50 |
| 9/20/2013 | TCS | Associate | Correspond with opposing counsel and Court regarding status conference and settlement. | 0.2 | $325 | $65.00 |
| 9/20/2013 | TCS | Associate | Correspond with opposing counsel regarding allocations and review MOU. | 0.1 | $325 | $32.50 |
| 9/20/2013 | TCS | Associate | Call Court regarding Rule 16 conference. | 0.1 | $325 | $32.50 |
| 9/20/2013 | TCS | Associate | Email opposing counsel regarding Rule 16 conference. | 0.1 | $325 | $32.50 |
| 9/20/2013 | TCS | Associate | Email co-counsel regarding rule 16 case and settlement status. | 0.1 | $325 | $32.50 |
| 9/23/2013 | TCS | Associate | Email clerk and assistant regarding status and updates for clients regarding settlement. | 0.1 | $325 | $32.50 |
| 9/25/2013 | TCS | Associate | Correspond with opposing counsel regarding class data. | 0.1 | $325 | $32.50 |
| 9/25/2013 | TCS | Associate | Participate in Rule 16 hearing with Court. | 0.2 | $325 | $65.00 |
| 9/25/2013 | TCS | Associate | Email co-counsel summary of hearing with Court. | 0.1 | $325 | $32.50 |
| 9/25/2013 | TCS | Associate | Email opposing counsel for update on settlement status. | 0.1 | $325 | $32.50 |
| 9/25/2013 | TCS | Associate | Email damages clerk regarding allocations project. | 0.2 | $325 | $65.00 |
| 9/25/2013 | TCS | Associate | Discussion with PJL regarding status of case. | 0.1 | $325 | $32.50 |
| 9/25/2013 | TCS | Associate | Discussion with assistant regarding pro hac vice motions and hearing. | 0.1 | $325 | $32.50 |
| 9/25/2013 | EGF | Legal Assistant | Discuss pro hac vice motions and hearing with TCS. | 0.1 | $175 | $17.50 |
| 9/25/2013 | TCS | Associate | Prepare for hearing with Court. | 0.2 | $325 | $65.00 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/30/2013 | TCS | Associate | Meeting with clerk regarding settlement allocations. | 0.1 | $325 | $32.50 |
| 10/1/2013 | TCS | Associate | Meeting with clerk regarding settlement allocations. | 0.1 | $325 | $32.50 |
| 10/1/2013 | TCS | Associate | Discuss and review allocations with clerk. | 0.1 | $325 | $32.50 |
| 10/1/2013 | TCS | Associate | Review allocations and payroll data; email opposing counsel regarding data discrepancies. | 1 | $325 | $325.00 |
| 10/2/2013 | TCS | Associate | Correspond with opposing counsel regarding settlement data. | 0.1 | $325 | $32.50 |
| 10/2/2013 | TCS | Associate | Take call with opposing counsel regarding settlement data. | 0.1 | $325 | $32.50 |
| 10/2/2013 | TCS | Associate | Email clerk regarding settlement data issues. | 0.1 | $325 | $32.50 |
| 10/2/2013 | TCS | Associate | Review and edit settlement agreement and exhibits. | 2.7 | $325 | $877.50 |
| 10/2/2013 | TCS | Associate | Review final allocations. | 0.3 | $325 | $97.50 |
| 10/2/2013 | TCS | Associate | Draft and send email to opposing counsel attaching final allocations and edits to settlement agreement and exhibits. | 0.1 | $325 | $32.50 |
| 10/7/2013 | TCS | Associate | Correspond with opposing counsel regarding status of settlement documents. | 0.2 | $325 | $65.00 |
| 10/8/2013 | TCS | Associate | Take calls with opposing counsel regarding settlement documents. | 0.3 | $325 | $97.50 |
| 10/9/2013 | TCS | Associate | Correspond with opposing counsel regarding settlement agreement. | 0.1 | $325 | $32.50 |
| 10/9/2013 | TCS | Associate | Correspond with opposing counsel regarding settlement terms. | 0.3 | $325 | $97.50 |
| 10/9/2013 | TCS | Associate | Research issue related to uncashed checks. | 0.8 | $325 | $260.00 |
| 10/9/2013 | TCS | Associate | Take call with opposing counsel regarding settlement issues. | 0.1 | $325 | $32.50 |
| 10/9/2013 | TCS | Associate | Email client copy of settlement agreement, release, and instructions. | 0.1 | $325 | $32.50 |
| 10/9/2013 | TCS | Associate | Email Defendant final pdf of settlement agreement and all exhibits. | 0.1 | $325 | $32.50 |
| 10/9/2013 | TCS | Associate | Email co-counsel settlement agreement. | 0.1 | $325 | $32.50 |

| Date | Initials | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/9/2013 | AMG | Class Action Clerk | Phone call to client to confirm receipt of settlement documents. | 0.1 | $175 | $17.50 |
| 10/10/2013 | TCS | Associate | Contact Court regarding status of settlement. | 0.1 | $325 | $32.50 |
| 10/14/2013 | EGF | Legal Assistant | Draft motion for preliminary settlement approval. | 0.3 | $175 | $52.50 |
| 10/14/2013 | EGF | Legal Assistant | Draft memorandum in support of motion for preliminary settlement approval. | 1.4 | $175 | $245.00 |
| 10/14/2013 | TCS | Associate | Discussion with clerk regarding status of settlement. | 0.1 | $325 | $32.50 |
| 10/14/2013 | TCS | Associate | Email opposing counsel regarding preliminary settlement approval. | 0.1 | $325 | $32.50 |
| 10/14/2013 | TCS | Associate | Discussion with assistant regarding preliminary approval filing. | 0.1 | $325 | $32.50 |
| 10/14/2013 | EGF | Legal Assistant | Meet with Tim regarding preliminary approval filing. | 0.1 | $175 | $17.50 |
| 10/14/2013 | TCS | Associate | Review and edit motion, memo, and declarations in support of preliminary settlement approval. | 1 | $325 | $325.00 |
| 10/14/2013 | TCS | Associate | Review settlement signature from client; incorporate into agreement and email to Defendant. | 0.2 | $325 | $65.00 |
| 10/14/2013 | TCS | Associate | Discuss settlement issues with assistant. | 0.1 | $325 | $32.50 |
| 10/14/2013 | EGF | Legal Assistant | Discuss settlement issues with attorney. | 0.1 | $175 | $17.50 |
| 10/14/2013 | TCS | Associate | Email local counsel regarding settlement agreement. | 0.1 | $325 | $32.50 |
| 10/14/2013 | TCS | Associate | Review co-counsel declarations in support of preliminary settlement approval. | 0.1 | $325 | $32.50 |
| 10/14/2013 | EGF | Legal Assistant | Draft declarations for co-counsel. | 1 | $175 | $175.00 |
| 10/14/2013 | EGF | Legal Assistant | Speak with Tim regarding declaration for co-counsel. | 0.2 | $175 | $35.00 |
| 10/14/2013 | EGF | Legal Assistant | Send drafts of declarations to co-counsel. | 0.1 | $175 | $17.50 |
| 10/14/2013 | AMG | Class Action Clerk | Phone call to client regarding signing settlement documents. | 0.1 | $175 | $17.50 |
| 10/14/2013 | AMG | Class Action Clerk | Discuss client settlement documents with TCS. | 0.1 | $175 | $17.50 |

| Date | Initials | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/14/2013 | AMG | Class Action Clerk | Send confirmation email to client regarding received settlement documents. | 0.1 | $175 | $17.50 |
| 10/14/2013 | AMG | Class Action Clerk | Record received settlement documents in Access and send to TCS via email. | 0.1 | $175 | $17.50 |
| 10/15/2013 | TCS | Associate | Correspond with local counsel regarding preliminary approval motion. | 0.2 | $325 | $65.00 |
| 10/15/2013 | EGF | Legal Assistant | Respond to co-counsel regarding pro hac vice motion and application. | 0.1 | $175 | $17.50 |
| 10/15/2013 | EGF | Legal Assistant | Review email from co-counsel regarding pro hac vice motion. | 0.1 | $175 | $17.50 |
| 10/15/2013 | EGF | Legal Assistant | Prepare exhibits for declarations in support of joint motion for preliminary approval. | 0.1 | $175 | $17.50 |
| 10/16/2013 | TCS | Associate | take call with assistant re filing preliminary approval motion | 0.1 | $325 | $32.50 |
| 10/16/2013 | EGF | Legal Assistant | Finalize declarations in support of preliminary settlement approval. | 0.3 | $175 | $52.50 |
| 10/16/2013 | EGF | Legal Assistant | Phone call with TCS regarding filing of preliminary settlement approval papers. | 0.1 | $175 | $17.50 |
| 10/16/2013 | EGF | Legal Assistant | Final review and revision of motion and memorandum in support of preliminary settlement approval. | 0.5 | $175 | $87.50 |
| 10/16/2013 | TCS | Associate | Review and edit motion and supporting docs regarding preliminary settlement approval. | 0.5 | $325 | $162.50 |
| 10/16/2013 | EGF | Legal Assistant | Final formatting of motion for preliminary settlement approval and supporting documents. | 0.2 | $175 | $35.00 |
| 10/16/2013 | TCS | Associate | Make final review of preliminary approval documents, discuss with assistant. | 0.1 | $325 | $32.50 |
| 10/16/2013 | EGF | Legal Assistant | Discuss final preliminary approval documents; file motion for preliminary settlement approval and supporting documents with the clerk of court via ECF. | 0.3 | $175 | $52.50 |
| 10/22/2013 | TCS | Associate | Review court order granting preliminary approval, compare to settlement agreement. | 0.2 | $325 | $65.00 |

| Date | Initials | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/22/2013 | AMG | Class Action Clerk | Send list of opt-ins, names and addresses, to TCS via email. | 0.1 | $175 | $17.50 |
| 10/23/2013 | TCS | Associate | Correspond with claims administrator regarding settlement information. | 0.4 | $325 | $130.00 |
| 10/24/2013 | TCS | Associate | exchange emails re settlement issues | 0.2 | $325 | $65.00 |
| 10/29/2013 | TCS | Associate | Correspond with opposing counsel regarding contacting Court to reset fairness hearing date. | 0.1 | $325 | $32.50 |
| 10/31/2013 | TCS | Associate | Correspond with claims administrator. | 0.1 | $325 | $32.50 |
| 10/31/2013 | TCS | Associate | Review settlement agreement. | 0.1 | $325 | $32.50 |
| 10/31/2013 | TCS | Associate | Email settlement administrator regarding revised date and remaining issues. | 0.1 | $325 | $32.50 |
| 11/4/2013 | TCS | Associate | Email team with case update and responsibilities for settlement process. | 0.2 | $325 | $65.00 |
| 11/4/2013 | AMG | Class Action Clerk | Discuss settlement information and timeline with TCS. | 0.1 | $175 | $17.50 |
| 11/4/2013 | AMG | Class Action Clerk | Draft update email and letter to mail to clients regarding settlement. | 0.1 | $175 | $17.50 |
| 11/4/2013 | TCS | Associate | Review and edit update email/letter to clients. | 0.1 | $325 | $32.50 |
| 11/4/2013 | AMG | Class Action Clerk | Discuss website update with TCS. | 0.1 | $175 | $17.50 |
| 11/5/2013 | AMG | Class Action Clerk | Send email update to clients regarding settlement. | 0.2 | $175 | $35.00 |
| 11/5/2013 | AMG | Class Action Clerk | Make edits to case webpage and send to TCS for approval. | 0.1 | $175 | $17.50 |
| 11/5/2013 | AMG | Class Action Clerk | Review MOU (Memorandum of Understanding) for confidentiality statement. | 0.1 | $175 | $17.50 |
| 11/6/2013 | AMG | Class Action Clerk | Phone call with client regarding settlement status. | 0.2 | $175 | $35.00 |
| 11/6/2013 | AMG | Class Action Clerk | Respond to emails from client regarding settlement status. | 0.1 | $175 | $17.50 |
| 11/7/2013 | TCS | Associate | Review final drafts of notice documents; email administrator with approval. | 0.3 | $325 | $97.50 |
| 11/11/2013 | AMG | Class Action Clerk | Send updated mailing addresses to settlement administrator via email. | 0.1 | $175 | $17.50 |

| Date | Initials | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11/19/2013 | TCS | Associate | Take call with clients regarding questions about the settlement. | 0.3 | $325 | $97.50 |
| 11/26/2013 | TCS | Associate | Review weekly status report of settlement response. | 0.2 | $325 | $65.00 |
| 11/27/2013 | AMG | Class Action Clerk | Phone calls with clients regarding case status and settlement notice. | 0.2 | $175 | $35.00 |
| 12/3/2013 | TCS | Associate | Review settlement statistics, email clerk with instructions. | 0.1 | $325 | $32.50 |
| 12/3/2013 | AMG | Class Action Clerk | Identify class members in Access that have returned claim forms using weekly report from settlement administrator. | 0.1 | $175 | $17.50 |
| 12/12/2013 | AMG | Class Action Clerk | Identify claim forms received by class members in Access. | 0.1 | $175 | $17.50 |
| 12/16/2013 | AMG | Class Action Clerk | Call clients to confirm receipt of settlement notice paperwork. | 0.4 | $175 | $70.00 |
| 12/16/2013 | AMG | Class Action Clerk | Search accurint for updated class member address and send to settlement administrator. | 0.1 | $175 | $17.50 |
| 12/16/2013 | AMG | Class Action Clerk | Phone call with client regarding settlement paperwork. | 0.1 | $175 | $17.50 |
| 12/23/2013 | AMG | Class Action Clerk | Identify in Access received claim forms using list provided by settlement administrator. | 0.1 | $175 | $17.50 |
| 12/23/2013 | AMG | Class Action Clerk | Send email to settlement administrator with updated mailing address of class member. | 0.1 | $175 | $17.50 |
| 12/27/2013 | TCS | Associate | Discussion with clerk regarding settlement status. | 0.2 | $325 | $65.00 |