# EXHIBIT B

| Firm | Total Costs |
|---|---:|
| Nichols Kaster, PLLP | $1,995.01 |
| Winebrake & Santillo, LLC | $316.21 |
| Donelon, P.C. | $0.00 |
| **TOTAL** | **$2,311.22** |

**Costs Incurred by Nichols Kaster, PLLP**

| Category | Cost |
|---|---:|
| Court Fees | $450.00 |
| Legal Research | $200.00 |
| PACER | $1.10 |
| Postage | $62.19 |
| Travel & Accommodations - Mediation | $1,281.72 |
| **TOTAL** | **$1,995.01** |

| Date | Description of Charge | Category | Amount |
|---|---|---|---|
| 4/30/2013 | Postage | Postage | $55.55 |
| 5/31/2013 | Pacer Search Fee | PACER | $0.80 |
| 6/28/2013 | Postage | Postage | $5.52 |
| 7/15/2013 | Travel - Mediation | Travel & Accommodations - Mediation | $80.00 |
| 7/15/2013 | Travel - Mediation | Travel & Accommodations - Mediation | $2.83 |
| 7/15/2013 | Meals - Mediation | Travel & Accommodations - Mediation | $5.53 |
| 7/15/2013 | Travel - Mediation | Travel & Accommodations - Mediation | $20.00 |
| 7/15/2013 | Travel - Mediation | Travel & Accommodations - Mediation | $13.56 |
| 7/17/2013 | Travel - Mediation | Travel & Accommodations - Mediation | $1,159.80 |
| 7/17/2013 | Electronic Legal Research Fee | Legal Research | $100.00 |
| 8/26/2013 | Pacer Search Fee | PACER | $0.30 |
| 9/30/2013 | Postage | Postage | $1.12 |
| 11/14/2013 | Electronic Legal Research Fee | Legal Research | $100.00 |
| | | | **$1,545.01** |