# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew Cristy and Julie Steinke, individually and on behalf of all other similarly situated individuals and the putative Rule 23 classes,<br><br>      Plaintiffs,<br><br>vs.<br><br>Constant Contact, Inc.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:12-cv-11457-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENTS

This action is before the Court on Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Payments. The Court has read and considered the motion and reviewed the records provided, which detail the time, effort, and resources that Class Counsel has expended towards the litigation of this matter, as well as Named Plaintiffs Cristy and Steinke's participation in the fair representation of the Class and Collective claims.

For good cause shown, the Court **GRANTS** Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Payments and **ORDERS** the following:

1. Class Counsel is awarded $200,000 in attorneys' fees and costs, constituting 25% of the total Settlement Payment; and

2. Named Plaintiffs Matthew Cristy and Julie Steinke are awarded service payments in the amount of $2,000 each, in addition to their pro rata share of the settlement fund, in recognition of their efforts to fairly represent the claims of Collective and Class Members.

**SO ORDERED**, this 19th day of November, 2013.

/s/ George A. O'Toole, Jr.
THE HON. GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE