UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

---

Sonya Robinson-Gibbs, on behalf of herself
and those similarly situated,

    Plaintiff,

v.             NO. 1:13-cv-00182-M-PAS

RBS Citizens, N.A., d/b/a CCO Mortgage,
Charter One, and Citizens Bank,

    Defendant.

---

## DECLARATION OF R. ANDREW SANTILLO

I, R. Andrew Santillo, hereby declare:

  1.  I am a partner with the law firm of Winebrake & Santillo, LLC ("W&S"), which is Class Counsel in the above-captioned matter.

  2.  I am an attorney in good standing with the State Bars of Pennsylvania and New Jersey and am admitted to practice *pro hac vice* in this matter.

  3.  I make this Declaration in support of Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Enhancement Awards.

  4.  W&S has been recognized by state and federal judges in Pennsylvania and elsewhere as a law firm with particular experience in the field of wage and overtime rights litigation. Recently, in *Cuevas v. Citizens Financial Group*, 2011 U.S. Dist. LEXIS 155160, *18 (E.D.N.Y. May 22, 2012), Senior Judge Frederic Block appointed W&S to serve as co-class counsel and recognized that W&S "ha[s] been appointed class counsel for dozens of wage and hour class claims across the country." Further, in a recent nationwide FLSA class/collective

1

action recently approved by the Middle District of Pennsylvania, Judge John E. Jones stated that W&S and its co-counsel "are experienced wage and hour class action litigators with decades of accomplished complex class action between them and that the Class Members have benefitted tremendously from able counsel's representation." *Craig v. Rite Aid Corp.*, 2013 U.S. Dist. LEXIS 2658, *45 (M.D. Pa. Jan 7, 2013).

5. As indicated by the spreadsheet attached as Exhibit 1, W&S has successfully represented employees in 62 separate class/collective actions that have been resolved in various courts throughout the United States within the last seven years. In addition, W&S currently represents employees in over 40 class/collective actions pending in courts throughout the United States.

6. W&S also represents employees in "individual" actions in which single employees or small groups of employees allege violations of wage and overtime laws. Since January 2007, W&S has successfully resolved well over 150 such actions.

7. W&S is comprised of three attorneys: Peter Winebrake (Partner), R. Andrew Santillo (Partner), and Mark J. Gottesfeld (Associate). Information concerning these attorneys' general profiles, work histories, and educational backgrounds is accurately summarized in the "Attorney Profile" pages of W&S's website, which can be found at www.winebrakelaw.com. Copies of these pages are attached hereto as Exhibit 2.

8. Together, W&S and Donelon, P.C., litigated six class and collective actions, involving more than 5,600 employees for nearly four years against Defendant RBS Citizens, N.A., d/b/a CCO Mortgage, Charter One, and Citizens Bank on behalf of Assistant Branch Managers working in bank branches.

9. It is W&S's practice to maintain detailed and contemporaneous records of all billable case work performed by attorneys and staff.

10. Attached as Exhibit 3 are W&S's billable time entries for this matter.[1] As these records demonstrate, Peter Winebrake and I performed the bulk of the attorney work on this case for Winebrake & Santillo. In total, W&S spent 18.4 hours on this matter through December 30, 2013. The firm's total lodestar through that date is $7,495.

11. As a matter of course, W&S records all litigation expenses in its Needles cases management system and QuickBooks accounting system. Attached as Exhibit 4 are W&S's itemized costs in both this matter and the related *Ginter* litigation. Of these, W&S incurred costs related to court fees, postage, and travel and accommodations for the mediation totaling $316.21 specifically for the *Robinson-Gibbs* case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2014

R. Andrew Santillo

---

[1] W&S's contemporaneous time records are recorded in six (6) minute increments and maintained in the firm's Needles case management system.

3

# Exhibit 1

**Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments**

| Case Name | Court | Judge | Date of Approval/Judgment | Type | Co-Counsel? |
|---|---|---|---|---|---|
| Ortiz v. Restoration Architexture, LLC, 4:05-cv-02624-JEJ | M.D. Pa. | John E. Jones, III | 11/7/2006 | Collective | No |
| Otto v. Pocono Medical Center, 4:06-cv-01186-JEJ | M.D. Pa. | John E. Jones, III | 5/4/2007 | Collective | No |
| Rodriguez-Fargas v. Hatfield Quality Meats, Inc., 2:06-cv-01206-LS | E.D. pPa. | Lawrence F. Stengel | 5/29/2007 | Class | Yes |
| Miller v. Antenna Star Satellites, Inc.,3:06-cv-00647-ARC | M.D. Pa. | A. Richard Caputo | 5/29/2007 | Collective | Yes |
| Sisko v. Wegmans Food Markets, Inc., 3:06-cv-00433-JMM | M.D. Pa. | James M. Munley | 8/27/2007 | Class | No |
| Evans/Smith, v. Lowe's Home Centers, Inc., 3:03-cv-00438/3:03-cv-00384-ARC | M.D. Pa. | A. Richard Caputo | 9/4/2007 | Collective | Yes |
| Diehl/Smith v. Lowe's Home Centers, Inc., 3:06-cv-01464/3:03-cv-00384-ARC | M.D. Pa. | A. Richard Caputo | 1/4/2008 | Class | Yes |
| Malec v. Kost Tire & Muffler, et al., 3:07-cv-00864-ARC | M.D. Pa. | A. Richard Caputo | 1/2/2008 | Collective | No |
| Dunn v. National Beef Packing Company, LLC, 4:07-cv-01599-JEJ | M.D. Pa. | John E. Jones, III | 5/27/2008 | Collective | No |
| Blasi v. United Financial Management Group, Inc., 3:06-cv-01519-JMM | M.D. Pa. | James M. Munley | 6/19/2008 | Collective | No |
| Palmer v. Michael Foods, Inc., 3:07-cv-02136-TIV | M.D. Pa. | Thomas I. Vanaskie | 11/25/2008 | Collective | No |
| Coluccio v. U.S. Remodelers, Inc., 1:09-cv-00819-JHR | D.N.J. | Joseph H. Rodriguez | 12/15/2009 | Collective | No |
| Shabazz v. Asurion Corporation, 3:07-cv-00653-AT | M.D. Tenn. | Aleta A. Trauger | 2/26/2009 | Collective | Yes |
| In re Cargill Meat Solutions Corp. Wage and Hour Litig., 3:06-cv-00513-WJN | M.D. Pa. | William J. Nealon | 3/6/2009 | Collective | Yes |
| Golpe v. The Wedge Medical Center, P.C., 2:08-cv-04504-JF | E.D. Pa. | John P. Fullam | 3/11/2009 | Collective | No |
| Banks, v. New Vitae, Inc. and Tri County Respite, Inc., 5:08-cv-04212-LS | E.D. Pa. | Lawrence F. Stengel | 3/26/2009 | Collective | No |
| Weatherly v. Michael Foods, Inc., 8:08-cv-00153-JFB | D. Neb. | Joseph F. Bataillon | 4/15/2009 | Collective | Yes |
| Gallagher v. Bayada Nurses, Inc., No. 000392 (October 2007 Term) | Phila.C.C.P. | Idee C. Fox | 4/21/2009 | Class | No |
| Ray v. Krapf's Coaches, Inc., 2:08-cv-05097-DS | E.D. Pa. | David R. Strawbridge | 9/10/2009 | Collective | No |
| Miller v. Titanium Metals Corporation, 2:07-cv-04759-GP | E.D. Pa. | Gene E.K. Pratter | 9/30/2009 | Collective | No |
| Mayan v. Rydbom Express, Inc., 2:07-cv-02658-LS | E.D. Pa. | Lawrence F. Stengel | 12/2/2009 | Collective | No |
| Herd v. Specialty Surfaces International, Inc., 2:08-cv-01790-JCJ | E.D. Pa. | J. Curtis Joyner | 1/26/2010 | Collective | No |
| Morales v. Aaron Healthcare, Inc., 2008-C-5128 | Lehigh.C.C.P. | Brian Johnson | 2/1/2010 | Class | No |
| In re Pilgrim's Pride Fair Labor Standards Act Litig., 1:06-cv-01832-HFB | W.D. Ark. | Harry F. Barnes | 4/2/2010 | Collective | Yes |
| Williams v. Owens & Minor, Inc., 2:09-cv-00742-JD | E.D. Pa. | Jan E. Dubois | 7/28/2010 | Collective | No |
| Crisostomo v. Exclusive Detailing, Inc., 2:08-cv-01771-SRC-MAS | D.N.J. | Michael A. Shipp | 9/15/2010 | Collective | Yes |
| Gallagher v. Lackawanna County, 3:07-cv-00912-CCC | M.D. Pa. | Christopher C. Connor | 10/5/2010 | Collective | No |
| Herrarte v. Joe Jurgielewicz & Sons, Ltd., 5:09-cv-02683-RK | E.D. Pa. | Robert F. Kelly | 10/27/2010 | Collective | No |
| King v. Koch Foods of Mississippi, LLC, 3:06-cv-00301-DPJ | S.D. Miss. | Daniel P. Jordan | 11/29/2010 | Collective | Yes |
| McEvoy v. The Container Store, Inc., 1:09-cv-05490-KMW | D.N.J. | Karen M. Williams | 12/17/2010 | Collective | No |
| Hilborn v. Sanofi Pasteur, 3:09-cv-02032-ARC | M.D. Pa. | A. Richard Caputo | 1/18/2011 | Collective | No |
| Alexander/Campbell/Marrero v. KRA Corporation, 09-cv-02517/10-cv-01778/09-cv-02516-JF | E.D. Pa. | John P. Fullam | 1/28/2011 | Collective | Yes |
| Duvall v. Tri County Access Company, Inc., 2:10-cv-00118-RCM | W.D. Pa. | Robert C. Mitchell | 3/30/2011 | Class | No |
| Gibbons v. V.H. Cooper & Company, Inc., 3:10-cv-00897-JZ | N.D. Ohio | Jack Zouhary | 4/18/2011 | Class | Yes |
| Turner v. Mercy Health System, No. 003670 (January 2008 Term) | Phila.C.C.P. | Idee C. Fox | 4/20/2011 | Class | Yes |
| Vanston v. Maxis Healthy System, No. 005155 (June 2008 Term) | Phila.C.C.P. | Idee C. Fox | 4/20/2011 | Class | Yes |
| Dixon v. Dunmore Oil Company, 3:09-cv-00064-ARC | M.D. Pa. | A. Richard Caputo | 4/27/2011 | Collective | No |
| In re Tyson Foods, Inc., 4:06-cv-00143-CDL | M.D. Ga. | Clay D. Land | 9/15/2011 | Collective | Yes |
| Cover v. Feesers, Inc., 1:10-cv-00282-JEJ | M.D. Pa. | John E. Jones, III | 10/11/2011 | Collective | No |
| Muschulitz v. Holcomb Behavioral Health Systems, 5:11-cv-02980-JKG | E.D. Pa. | James K. Gardner | 12/15/2011 | Collective | No |

**Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments**

| Case Name | Court | Judge | Date of Approval/Judgment | Type | Co-Counsel? |
|---|---|---|---|---|---|
| Johnson v. Krapf's Coaches, Inc., 2:11-cv-06974-BMS | E.D. Pa. | Berle M. Schiller | 2/22/2012 | Collective | No |
| McCray v. The Progressions Companies, Inc., 2:11-cv-07364-HB | E.D. Pa. | Harvey Bartle, III | 3/2/2012 | Collective | No |
| Slator v. Allscripts-Misys Healthcare Solutions, Inc., 1:10-cv-01069-GLS-RFT | N.D. NY | Gary L. Sharpe | 4/4/2012 | Collective | No |
| Smith v. Ameriplan Corporation, 4:10-cv-00075-ALM | E.D. Tx. | Amos L. Mazzant | 8/9/2012 | Collective | Yes |
| In re Creditron Financial Corp. (Lepkowski v. Creditron Financial Corp.), 08-11289-TPA | W.D. Pa. Bkr. | Thomas P. Agresti | 8/31/2012 | Collective | No |
| Fazio v. Automotive Training Center, 2:11-cv-06282-DS | E.D. Pa. | David R. Strawbridge | 9/24/2012 | Collective | No |
| Jean-Charles v. AAA Warman Home Care LLC, No. 110702236 (July 2011 Term) | Phila.C.C.P. | Mary Colins | 9/28/2012 | Class | No |
| Thomas v. Cescaphe Limited, LLC, 1:11-cv-04359-BMS | E.D. Pa. | Berle M. Schiller | 10/3/2012 | Class | No |
| Harkin v. LA Weight Loss, LLC, 2:12-cv-01411-AB | E.D. Pa. | Anita Brody | 11/8/2012 | Collective | No |
| Grajales v. Safe Haven Quality Care, LLC, 2010-cv-15102 | Dauphin C.C.P. | Andrew H. Dowling | 11/8/2012 | Class | No |
| Grayson v. Register Tapes Unlimited, Inc., et al., 8:11-cv-00887-RWT | D. Md. | Roger W. Titus | 11/26/2012 | Collective | Yes |
| Craig v. Rite Aid Corporation 4:08-cv-02317-JEJ | M.D. Pa. | John E. Jones, III | 1/7/2013 | Class | Yes |
| Knecht, et al. v. Penn Psychiatric Center, 2:12-cv-00988-CSMW | E.D. Pa. | Carol S. Moore Wells | 3/6/2013 | Collective | No |
| Thompson v. RGT Management, Inc., 2:11-cv-02573-AJT | W.D. Tenn. | Arthur J. Tarnow | 3/21/2013 | Collective | Yes |
| Kelsh v. First Niagara Financial Group, Inc., 2:12-cv-01202-PBT | E.D. Pa. | Petrese B. Tucker | 4/8/2013 | Class | No |
| Stewart v. World Communications Charter School, 2:12-cv-04993-RB | E.D. Pa. | Ronald L. Buckwalter | 5/9/2013 | Class | No |
| Edelen v. American Residential Services, LLC, 8:11-cv-2744-DKC | D. Md. | Deborah K. Chasnow | 7/22/2013 | Class | Yes |
| Ciarrocchi v. Neshaminy Electrical Contractors, Inc., 2:12-cv-06419-JHS | E.D. Pa. | Joel H. Slomsky | 9/5/2013 | Collective | No |
| LeClair v. Diakon Lutheran Social Ministries, Case No. 2010-C-5793 | Lehigh.C.C.P. | Michele A. Varricchio | 8/14/2013 | Class | Yes |
| Essame v. SSC Laurel Operating Company, LLC, 8:10-cv-03519-WGC | D. Md. | William G. Connelly | 10/16/2013 | Class | Yes |
| Ming v. SNL Enterprises, L.P., 5:11-cv-03873-RBS | E.D. Pa. | Barclay R. Surrick | 11/29/2013 | Collective | No |
| Bolletino, et al. v. Cellular Sales of Knoxville, Inc. 3:12-cv-00138-TC-HBG | E.D. Tenn. | Tena Campbell | 11/29/2013 | Collective | Yes |

# Exhibit 2

Home    Attorney Profiles    Wage and Overtime Rights    Client Center    Newsletters    Location    Contact Us    more...

## Pete Winebrake

**Email**: Contact Attorney Pete Winebrake    |    Phone: 215.884.2491    |    Fax: 215.884.2492

Attorney Pete Winebrake has litigated hundreds of civil lawsuits in courts throughout the United States and has recovered tens of millions of dollars for American workers and their families.

Mr. Winebrake is consistently rated a "Super Lawyer" in the annual survey of Pennsylvania attorneys published by Thompson Reuters in its well-known listing of Pennsylvania's top attorneys. In addition, the Martindale-Hubbell Peer Review Rating System has awarded Mr. Winebrake an "AV-Preeminent" ranking. This is the highest ranking available for a practicing attorney.



Mr. Winebrake is regarded as one of the Nation's most successful and prolific wage/overtime rights lawyers.  He has represented thousands of employees in wage/overtime rights lawsuits throughout the United States.  His practice ranges from large "class action" lawsuits brought on behalf of hundreds of employees to "individual" lawsuits brought on behalf of single employees.  Mr. Winebrake believes that employees with valid legal claims deserve to be represented by competent, ethical, and hard-working counsel.  In evaluating a clients' potential case, Mr. Winebrake focuses primarily on the *quality* (rather than the size) of the legal claim.

Mr. Winebrake's individual lawsuits tend to be filed in the federal courts of Pennsylvania and New York.  However, his class action lawsuits have been successfully resolved in courts throughout the United States.  In fact, Mr. Winebrake, often working with co-counsel, has successfully litigated class action lawuits in federal courts in Arkansas, Connecticut, Georgia, Mississippi, Maryland, Nebraska, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, and Texas.  These lawsuits have resulted the recovery of well over $100 million.

In addition to his extensive trial court experience, Mr. Winebrake has represented workers in various federal and state appellate courts, including the United States Courts of Appeals for the Second and Third Circuits and the Pennsylvania Superior Court.  As just one example, Mr. Winebrake represented the employee class in *Knepper v. Rite Aid Corp.*, 675 F.3d 249 (3d Cir. 2012), which upheld the right of workers to simultaneously pursue state law class action claims and federal law collective action claims in the same lawsuit.

### Location

Winebrake & Santillo, LLC
Twining Office Center
Suite 211
715 Twining Road
Dresher, Pennsylvania 19025
Phone: 215.884.2491
Fax: 215.884.2492

View Map

### Contact Us

First Name: *

Last Name: *

Email: *

Message:

Submit

    

Recognizing his vast experience, many organizations have invited Mr. Winebrake to lecture on the wage/overtime rights and litigation.  These organizations include, among others:  Wharton School of Business at the the University of Pennsylvania; Temple University School of Law;  University of Pennsylvania Law School; Earle Mack School of Law at Drexel University; Pennsylvania Bar Institute; Workplace Injury Litigation Group ("WILG"); American Association of Justice ("AAJ") (formerly the American Trial Lawyers Association); and the National Employment Lawyers Association of New York ("NELA-NY").

Education and Professional Background:

Pete Winebrake is a 1988 graduate (*magna cum laude*) of Lehigh University and a 1991 graduate (*cum laude*) of Temple University School of Law, where he served as Managing Editor of the *Temple Law Review*.

Upon law school graduation, from September 1991 through August 1992, Mr. Winebrake served as a law clerk to Justice William R. Johnson of the New Hampshire Supreme Court.

From September 1992 through February 1997, Mr. Winebrake served as an Assistant Corporation Counsel at the New York City Law Department's General Litigation Unit. In this capacity, he represented New York City agencies and officials in federal civil rights and employment lawsuits and other complex litigation.

In 1997, Mr. Winebrake joined the Philadelphia law firm of Ballard Spahr Andrews & Ingersoll, LLP as a litigation associate. There, he worked on complex litigation matters in the federal and state courts.

In 1999, Mr. Winebrake returned to public service, joining the Philadelphia Law Department. In this capacity, he represented City agencies and officials, including former Mayor Edward Rendell, in high-profile and complex federal civil rights matters. In 2001, Mr. Winebrake was appointed Chief Deputy City Solicitor in charge of the Philadelphia Law Department's Labor and Employment Unit. As the City's chief labor and employment lawyer, Mr. Winebrake managed a staff of eleven attorneys and oversaw all municipal labor and employment matters for the City of Philadelphia.

In 2002, Mr. Winebrake joined the Philadelphia law firm of Trujillo Rodriguez & Richards, LLC. There, Mr. Winebrake litigated and resolved a wide variety of complex lawsuits arising under federal and state wage and hour, employment, and civil rights laws. In January 2007, Mr. Winebrake founded The Winebrake Law Firm. His Firm concentrates on Federal Court litigation seeking to vindicate the rights of employees under the Fair Labor Standards Act ("FLSA") and similar state wage and hour laws. These lawsuits are brought both as individual cases on behalf of one or more workers and as class/collective actions on behalf of large numbers of similarly situated workers.

Awards:

As stated above, Mr. Winebrake consistently is recognized as a "Super Lawyer" and has received an "AV-Preeminent" ranking from the Martindale-Hubbell Peer Review Rating System.

In 1996, the Bar Association of the City of New York presented Mr. Winebrake with its annual prize for outstanding achievement as a municipal lawyer.

In 2001, the Fraternal Order of Police presented Mr. Winebrake with an award in recognition of his unselfish commitment to law enforcement and the citizens of Philadelphia.

In 2005, the Pennsylvania Statewide Latino Coalition presented Mr. Winebrake with an award recognizing his tireless efforts fighting for the civil rights of Pennsylvania's Latino community.

Other:

Mr. Winebrake has been appointed by the Federal Court to serve on the Mediation Panel of the U.S. District Court for the Middle District of Pennsylvania.

Mr. Winebrake has published articles in various publications, including the Temple Law Review, the Detroit College of Law Review and the Pennsylvania Township News.

*Winebrake & Santillo, LLC serves clients in Pennsylvania, New Jersey and New York, and throughout the United States.*

This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This website is powered by LexisNexis® Martindale-Hubbell®

Home    Attorney Profiles    Wage and Overtime Rights    Client Center    Newsletters    Location    Contact Us    more...

### Andrew Santillo

Email: Contact Attorney Andrew Santillo    |    Phone: 215.884.2491    |    Fax: 215.884.2492

#### Education and Professional Background

Andrew Santillo is a 1998 graduate of Bucknell University and a 2004 graduate of the Temple University School of Law, where he served as Editor-in-Chief of the Temple Political & Civil Rights Law Review.

Upon graduation, Mr. Santillo joined the Philadelphia law firm of Trujillo Rodriguez & Richards, LLC as an associate. There, Mr. Santillo participated in the litigation of complex lawsuits arising under federal and state wage and hour, employment, securities and antitrust laws.  In May 2008, Mr. Santillo joined Winebrake & Santillo as an equity partner.

During his career Mr. Santillo has represented workers in over 200 lawsuits alleging violations of federal and state wage and overtime law.  Mr. Santillo has been named class counsel and/or co-class counsel in collective actions under the Fair Labor Standards Act by the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the District of New Jersey, and the District of Maryland.  Mr. Santillo has also been named co-class counsel by the Philadelphia Court of Common Pleas and the Dauphin County Court of Common Pleas in class actions asserting claims under Pennsylvania law.  In addition, he has played active roles in a number of nationwide collective actions and/or multidistrict litigation ("MDL") under the Fair Labor Standards Act, including, *In re Pilgrim's Pride Fair Labor Standards Act Litig.*, 06-cv-01832-HFB (W.D. Ark.) (MDL); *In re Tyson Foods Inc Fair Labor Standards Act Litig.*, 4:07-md-01854-CDL (M.D. Ga.) (MDL); *Craig v. Rite Aid Corporation*, 08-cv-02317-JEJ (M.D. Pa.) (conditionally certified nationwide collective action); *Bell et al. v. Citizens Financial Group, Inc., et al.*, 10-cv-00320-GLL (W.D.Pa.) (conditionally certified nationwide collective action); and *Martin et al. v. Citizens Financial Group, Inc., et al.*, 10-cv-00260-MSG (E.D.Pa.) (conditionally certified nationwide collective action).

Mr. Santillo is a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice before the U.S. District Court for the District of New Jersey, the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Western District of Pennsylvania, the Northern District of Illinois and the Third Circuit Court of Appeals.

#### Location

Winebrake & Santillo, LLC
Twining Office Center
Suite 211
715 Twining Road
Dresher, Pennsylvania 19025
Phone: 215.884.2491
Fax: 215.884.2492

View Map

#### Contact Us

First Name: *

Last Name: *

Email: *

Message:

Submit

   

#### Other

In 2004, Mr. Santillo authored the comment, "National Wrestling Coaches Association v. United States Department of Education: The Potential Takedown of the Current Application of Title IX to Intercollegiate Athletics," 13 Temp. Pol. & Civ. Rts. L. Rev. 187 (Fall 2003). He is also a member of the National Employment Lawyers Association (NELA).

Mr. Santillo has served as a panelist discussing wage an hour issues at the National Employment Lawyers Association's ("NELA") 2013 spring conference titled "Preventing Wage Theft: A Two-Day Guide to Litigating Cases Involving Wages, Hours & Work" in Chicago, Illinois and its 2011 Annual Convention in New Orleans, Louisiana as well as the Workers' Injury Law & Advocacy Group ("WILIG") 2011 and 2012 Advanced Wage & Hour seminars in Cleveland, Ohio.  He has also been a panelist at seminars sponsored by the Philadelphia Chinatown Development Corporation and the Temple Law Alumni Association.

In 2013, Mr. Santillo was named as a Pennsylvania "Super Lawyer" in the annual survey of Pennsylvania attorneys published by Thompson Reuters in its well-known publications regarding Pennsylvania's top attorneys.  This follows Mr. Santillo's previous recognition as a Pennsylvania "Rising Star" by Thompson Reuters in 2011 and 2012.  In addition, the Martindale-Hubbell Peer Review Rating System has awarded Mr. Santillo an "AV-Preeminent" ranking.  This is the highest ranking available for a practicing attorney.

In 2008, Mr. Santillo was appointed by the Radnor Township Board of Commissioners to serve two terms on the Radnor Township Parks and Recreation Board.

*Winebrake & Santillo, LLC serves clients in Pennsylvania,*
*New Jersey and New York, and throughout the United States.*

This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This website is powered by LexisNexis® Martindale-Hubbell®

Home   Attorney Profiles   Wage and Overtime Rights   Client Center   Newsletters   Location   Contact Us   more...

## Mark Gottesfeld

Associate

**Email**: Contact Attorney Mark Gottesfeld    |    Phone: 215.884.2491    |    Fax: 215.884.2492

### Education and professional background

Mark Gottesfeld is a 2006 graduate of Lehigh University (*magna cum laude*) and a 2009 graduate of the inaugural class of Drexel University Earle Mack School of Law (*cum laude*), where he served as an editor on the *Drexel University Earle Mack School of Law Review*.

During law school, Mr. Gottesfeld served as a Judicial Intern to Pennsylvania Superior Court Judge Jack A. Panella. Upon graduation, Mark worked at the personal injury law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C. in Philadelphia.

Mr. Gottesfeld is admitted to the Pennsylvania, New Jersey and New York Bars, and is admitted to practice before the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the District Court for the District of New Jersey.



*Winebrake & Santillo, LLC serves clients in Pennsylvania, New Jersey and New York, and throughout the United States.*

### Location

Winebrake & Santillo, LLC
Twining Office Center
Suite 211
715 Twining Road
Dresher, Pennsylvania 19025
Phone: 215.884.2491
Fax: 215.884.2492

View Map

### Contact Us

First Name: *
Last Name: *
Email: *
Message:

Submit

   

This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. This website is powered by LexisNexis® Martindale-Hubbell®

# Exhibit 3

# Exhibit 3

### Winebrake & Santillo, LLC Time Detail Report
*Robinson-Gibbs v. RBS Citizens, NA, 1:13-cv-00182-M-PAS (D.R.I)*

| Attorney | Date | Task | Detail | Time |
|---|---|---|---|---|
| Winebrake | 2/21/2013 | Legal Papers/Research | REV CINCINATTI CALL CENTER COMPLAINT AND DETAILED EMAIL TO TS W/ COMMENTS TO SAME. (.3) | 0.3 |
| Winebrake | 3/8/2013 | Legal Papers/Research | REV AND COMMENT ON DRAFT COMPLAINT IN OHIO CASE. (.4) | 0.4 |
| Winebrake | 3/25/2013 | Legal Papers/Research | REV THE CIONCINATTIO CALL CENTER COMPLAINT AND ACCOMPANYING DOCS, AS DOCKETED, AND REV VAR EMAILS RE SAME. (.3) | 0.3 |
| Winebrake | 6/25/2013 | Incoming Correspondence | REV ACC EMAILS AND ATTACHEMNTS RE SETTLEMENT DISTRICUTION ISSUES AND TOLLING AND SELECTION OF MEDIATOR FOR THE OHIO CASE. (.3) | 0.3 |
| Winebrake | 7/17/2013 | Legal Papers/Research | REV ACC MATERIALS, INCL DRAFT AMENDED CONSOLIDATED COMPLAINT AND OTHER DOCS. (.6) | 0.6 |
| Winebrake | 7/17/2013 | Legal Papers/Research | REV FURTHER REVISED VERSIONS OFPRELIM APPROVAL PAPERS. (.5) | 0.5 |
| Winebrake | 7/19/2013 | Legal Papers/Research | REV SETTLEMENT ALLOCATION CHART, AS PREPARED AND CIRCULATED BY TIM S. (.1) | 0.1 |
| Winebrake | 7/22/2013 | Legal Papers/Research | REV FINAL DOCKETED B=VERSION OF THE AMENDED COMPLAINT. (.2) | 0.2 |
| Winebrake | 9/25/2013 | Incoming Correspondence | REV SELANDER SUMMARY OF CONFERENCE AND VAR FOLLOW-UP EMAILS. (.1) | 0.1 |
| Winebrake | 10/15/2013 | Legal Papers/Research | PREP PRO HAC MOTION FOR THE ROBINSON-GIBBS CASE. (.2) | 0.2 |
| Winebrake | 10/21/2013 | Legal Papers/Research | REV FINAL DOCKETED VERSION OF ROBINSON-GIBBS PRELIMINARY APPROVAL MOTION PAPERS. (.3) | 0.3 |
| Winebrake | 11/1/2013 | Legal Papers/Research | REV ROBINSON ORDERS. (.1) | 0.1 |
| Santillo | 3/5/2013 | Legal Papers/Research | READ DRAFT COMPLAINT AND SEND FEEDBACK ON CALL CENTER CASE (.3) | 0.3 |
| Santillo | 3/22/2013 | Legal Papers/Research | CCO II-READ NEW COMPLAINT AND CONSENT FORMS AS DOCKETED (.2) | 0.2 |
| Santillo | 3/25/2013 | Incoming Correspondence | READ EMAIL EXCHANGE WITH DEF COUNSEL RE SERVICE (.1) | 0.1 |
| Santillo | 5/28/2013 | Incoming Correspondence | READ EMAILS FROM CO-COUNSEL RE: ALLOCATION AND CALL CENTER CASE RESPOND TO SAME. (.2) | 0.2 |
| Santillo | 5/30/2013 | Incoming Correspondence | EMAIL FROM CO-COUNSEL RE: CALL CENTER CASE (.1) | 0.1 |
| Santillo | 6/7/2013 | Incoming Correspondence | READ STIP IN FOLLOW-UP CASE AND SEND EMAIL RE: SAME (.1) | 0.1 |
| Santillo | 6/12/2013 | Incoming Correspondence | READ EMAIL TO DEF RE: STIP TO STAY FOLLOW-UP CASE (.1) | 0.1 |
| Santillo | 7/15/2013 | Meeting | ROBINSON-GIBBS-PRE FOR MEDIATION, READ MATERIALS, ROUND TRIP TRAVEL TO NYC AND PARTICIPATE IN SUCCESSFUL MEDIATION (10.2) | 10.2 |
| Santillo | 7/21/2013 | Legal Papers/Research | DRAFT, PROOFREAD AND EDIT AMENDED COMPLAINT IN FOLLOW-UP CALL-CENTER CASE AND CIRCUATE TO CO-COUNSEL (2.5) | 2.5 |
| Santillo | 9/25/2013 | Incoming Correspondence | READ EMAIL FROM CO-COUNSEL RE SMALLER CASE (.1) | 0.1 |
| Santillo | 10/15/2013 | Legal Papers/Research | ROBISON-GIBBS-DRAFT PRO HAC MOTIONS FOR RAS AND PDW AND REVIEW DECLARATION FOR PRELIMINARY APPROVAL (.5) | 0.5 |
| Santillo | 10/16/2013 | Legal Papers/Research | ROBINSON-GIBBS-READ PRELIMINARY APPROVAL PAPERS AS DOCKETED (.6) | 0.6 |

| Attorney | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Winebrake | $550.00 | 3.4 | $1,870.00 |
| Santillo | $375.00 | 15.0 | $5,625.00 |
| **TOTAL** | | **18.4** | **$7,495.00** |

# Exhibit 4

| CCO Mortgage | Case Type: WAGE | Ini: 10/20/2011 | LIM Date: N/A |
|---|---|---|---|
| Case #: 201419 ( ) | Class: SIP | Assigned: PDW | Date Opened: 10/20/2011 |

1/23/2014   12:45 PM                                                                                         Page 1 of 1

## Value List

| Code | Service Dates From | To | Provider | Memo | Value Total | Due |
|---|---|---|---|---|---|---|
| PHOTOCO | 12/16/2011 | 12/16/2011 | Winebrake & Santillo, LL | | 21.40 | 21.40 |
| PHOTOCO | 12/16/2011 | 12/16/2011 | Winebrake & Santillo, LL | | 2.80 | 2.80 |
| POSTAGE | 12/16/2011 | 12/16/2011 | United States Postal Ser | | 0.88 | 0.88 |
| PHOTOCO | 12/20/2011 | 12/20/2011 | Winebrake & Santillo, LL | | 1.00 | 1.00 |
| POSTAGE | 12/20/2011 | 12/20/2011 | United States Postal Ser | | 0.88 | 0.88 |
| PHOTOCO | 12/22/2011 | 12/22/2011 | Winebrake & Santillo, LL | | 5.20 | 5.20 |
| PHOTOCO | 03/01/2012 | 03/01/2012 | Winebrake & Santillo, LL | | 3.00 | 3.00 |
| PHOTOCO | 03/08/2012 | 03/08/2012 | Winebrake & Santillo, LL | | 3.80 | 3.80 |
| PHOTOCO | 03/19/2012 | 03/19/2012 | Winebrake & Santillo, LL | | 4.60 | 4.60 |
| PHOTOCO | 03/23/2012 | 03/23/2012 | Winebrake & Santillo, LL | | 13.00 | 13.00 |
| PHOTOCO | 03/27/2012 | 03/27/2012 | Winebrake & Santillo, LL | | 16.00 | 16.00 |
| PHOTOCO | 05/02/2012 | 05/02/2012 | Winebrake & Santillo, LL | | 1.80 | 1.80 |
| PHOTOCO | 07/17/2012 | 07/17/2012 | Winebrake & Santillo, LL | | 4.60 | 4.60 |
| PHOTOCO | 09/27/2012 | 09/27/2012 | Winebrake & Santillo, LL | | 1.40 | 1.40 |
| PHOTOCO | 02/01/2013 | 02/01/2013 | Winebrake & Santillo, LL | | 3.60 | 3.60 |
| PHOTOCO | 02/03/2013 | 02/03/2013 | Winebrake & Santillo, LL | | 6.20 | 6.20 |
| PHOTOCO | 02/08/2013 | 02/08/2013 | Winebrake & Santillo, LL | | 34.60 | 34.60 |
| PHOTOCO | 02/11/2013 | 02/11/2013 | Winebrake & Santillo, LL | | 45.80 | 45.80 |
| PHOTOCO | 03/13/2013 | 03/13/2013 | Winebrake & Santillo, LL | | 20.00 | 20.00 |
| PHOTOCO | 03/13/2013 | 03/13/2013 | Winebrake & Santillo, LL | | 45.00 | 45.00 |
| PHOTOCO | 03/21/2013 | 03/21/2013 | Winebrake & Santillo, LL | | 20.20 | 20.20 |
| PHOTOCO | 01/09/2014 | 01/09/2014 | Winebrake & Santillo, LL | | 20.00 | 20.00 |

# The Winebrake Law Firm, LLC
## Unbilled Costs by Job
### All Transactions

| Type | Date | Source Name | Account | Billing Status | Amount |
|---|---|---|---|---|---|
| **CCO Mortgage** | | | | | |
| Check | 05/29/2012 | Bar Fund - DRI | Other | Unbilled | 50.00 |
| Check | 05/29/2012 | Bar Fund - DRI | Other | Unbilled | 50.00 |
| Credit Card Charge | 06/01/2012 | FEDEX | Postage and Delivery | Unbilled | 15.15 |
| Credit Card Charge | 02/08/2013 | Amtrak | Travel | Unbilled | 170.00 |
| Credit Card Charge | 02/11/2013 | NJ Transit | Travel | Unbilled | 8.00 |
| Credit Card Charge | 02/11/2013 | Hotel | Travel | Unbilled | 202.16 |
| Credit Card Charge | 02/12/2013 | Restaurant | Meals | Unbilled | 62.08 |
| Credit Card Charge | 02/12/2013 | Taxi Service | Travel | Unbilled | 10.40 |
| Credit Card Charge | 02/12/2013 | Parking Garage | Travel | Unbilled | 43.00 |
| Credit Card Charge | 02/12/2013 | Convenience Store | Meals | Unbilled | 1.29 |
| Credit Card Charge | 02/12/2013 | Parking Garage | Travel | Unbilled | 28.00 |
| Credit Card Charge | 02/12/2013 | Taxi Service | Travel | Unbilled | 7.80 |
| Credit Card Charge | 02/13/2013 | Gas Station | Meals | Unbilled | 4.85 |
| Credit Card Charge | 07/12/2013 | Amtrak | Travel | Unbilled | 152.00 |
| Credit Card Charge | 07/15/2013 | Taxi Service | Travel | Unbilled | 11.25 |
| Credit Card Charge | 07/15/2013 | Taxi Service | Travel | Unbilled | 12.38 |
| Credit Card Charge | 07/15/2013 | Amtrak | Travel | Unbilled | 25.00 |
| Check | 10/15/2013 | Bar Fund - DRI | Filing Fees | Unbilled | 50.00 |
| Check | 10/15/2013 | Bar Fund - DRI | Filing Fees | Unbilled | 50.00 |
| Credit Card Charge | 10/17/2013 | FEDEX | Postage and Delivery | Unbilled | 15.58 |
| **Total CCO Mortgage** | | | | | **968.94** |